UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN PARAGAS CORPUZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No.  2:22–cv–001785-CKD SS<br><br>ORDER GRANTING IFP AND DIRECTING E-SERVICE |

　　　　Presently pending before the court is plaintiff's motion for leave to proceed in forma pauperis. See 28 U.S.C. § 1915 (authorizing the commencement of an action "without prepayment of fees or security" by a person that is unable to pay such fees).[1] (ECF No. 2.) Plaintiff submitted the required affidavit, which demonstrates an inability to prepay fees and costs or give security for them.  Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　Plaintiff's request to proceed in forma pauperis (ECF No. 2) is GRANTED;

　　　　2.　　The Clerk of Court is directed to issue a summons for this case;

　　　　3.　　In keeping with the court's new e-service procedure for Social Security cases,[2]

---

[1] Actions involving review of Social Security decisions are referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. L.R. 302(c)(15).

[2] http://www.caed.uscourts.gov/caednew/index.cfm/news/new-social-security-case-procedures-effective-after-june-15-2021/

1

1  service on the defendant Commissioner of Social Security Administration shall
2  proceed under the court's E-Service program as follows.  Once a summons is
3  issued, the Clerk of Court shall deliver to the Commissioner of Social Security
4  Administration and the United States Attorney's Office at their designated email
5  addresses a notice of electronic filing of the action along with the summons and
6  complaint.  The Commissioner has agreed not to raise a defense of insufficient
7  service of process if provided with notice of a complaint as detailed in this order.
8  This order is not intended to prevent parties from making any other motions that
9  are appropriate under the Federal Rules of Civil Procedure; and

4.  The Clerk of the Court is directed to serve the undersigned's scheduling order in social security cases.

Dated:  October 14, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/corpuz1785.ss.ifp.e-service

2