JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carolyn Paragas Corpuz,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:22-cv-01785-CKD<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 45-day extension of time, from February 27, 2023 to April 13, 2023, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　　This is Plaintiff's first request for an extension of time.  Good cause exists for the requested extension. For the weeks of February 13, 2023 and February 20,

2023, Counsel currently has 18 merit briefs, and several letter briefs and reply briefs.  Additional time is needed to thoroughly brief this matter for the Court.

      Counsel for Plaintiff is currently taking partial leave as his child was born on October 14, 2022. Thus, Counsel is working limited hours for the months of December 2022 through March 2023 (with a possible extension of parental leave).

      Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                            Respectfully submitted,

Dated:     February 10, 2023     PENA & BROMBERG, ATTORNEYS AT LAW


                          By: /s/ Jonathan Omar Pena
                              JONATHAN OMAR PENA
                              Attorneys for Plaintiff


Dated: February 13, 2023     PHILLIP A. TALBERT
                              United States Attorney
                              MATHEW W. PILE
                              Associate General Counsel
                              Office of Program Litigation
                              Social Security Administration


                          By:  */s/ Geralyn A. Gulseth
                              Geralyn A. Gulseth
                              Special Assistant United States Attorney
                              Attorneys for Defendant
                              (*As authorized by email on Feb. 13, 2023)

## **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  February 14, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE